UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE GARCIA, *et al.*, | Civil Action No. 3:07-CV-05665 |
| | (FLW-TJB) |
| Plaintiffs, | |
| - vs - | |
| OCEAN COUNTY, *et al.* | |
| Defendants. | |

**WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE THAT, Seth R. Lesser of Klafter Olsen & Lesser LLP, Two International Drive. Suite 350, Rye Brook, NY, hereby withdraws his appearance as counsel for the Plaintiff and the proposed class in the above-captioned action. Plaintiffs will continue to be represented by William Riback, who is currently counsel of record, and Carl Poplar, who will be entering his appearance in this matter.

Dated: August 13, 2012            Respectfully Submitted:

                                  _____
                                  Seth R. Lesser, Esq.
                                  **KLAFTER OLSEN & LESSER LLP**
                                  Two International Drive, Suite 350
                                  Rye Brook, NY 10753
                                  Tel: (914) 934-9200
                                  Fax: (914) 934-9220