UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE GARCIA, *et al.*, | Civil Action No. 3:07-CV-05665 |
| | (FLW-TJB) |
| Plaintiffs, | |
| - vs - | |
| OCEAN COUNTY, *et al.* | |
| Defendants. | |

**WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE THAT, Fran L. Rudich of Klafter Olsen & Lesser LLP, Two International Drive. Suite 350, Rye Brook, NY, hereby withdraws her appearance as counsel for the Plaintiff and the proposed class in the above-captioned action. Plaintiffs will continue to be represented by William Riback, who is currently counsel of record, and Carl Poplar, who will be entering his appearance in this matter.

Dated: August 15, 2012

Respectfully Submitted:

_____
Fran L. Rudich, Esq.
**KLAFTER OLSEN & LESSER LLP**
Two International Drive, Suite 350
Rye Brook, NY 10753
Tel: (914) 934-9200
Fax: (914) 934-9220