UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE GARCIA, *et al.*, | Civil Action No. 3:07-CV-05665 |
| Plaintiffs, | (FLW-TJB) |
| - vs - | |
| OCEAN COUNTY, *et al.* | |
| Defendants. | |

**WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE THAT, Charles LaDuca of Cuneo Gilbert & LaDuca, LLP, 507 C Street, NE, Washington, DC 20002, hereby withdraws his appearance as counsel for the Plaintiffs and the Class in the above-captioned action. Plaintiffs and the Class will continue to be represented by William Riback, who is currently counsel of record, and Carl Poplar, who will be entering his appearance in this matter.

Dated: August 15, 2012              Respectfully Submitted:

_____
Charles LaDuca, Esquire
**CUNEO GILBERT & LADUCA, LLP**
507 C Street, NE
Washington, DC 20002